**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II___  **Investigating Agency** DEA___

**City** Lawrence___

**County** Essex___

**Related Case Information:**

Superseding Ind./ Inf. _____  Case No. _____

Same Defendant _____  New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number See page 2___

R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☑ No

**Defendant Information:**

Defendant Name WELINTHONG PEGUERO ARIAS___  Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: Rudy___

Address: 65 Warren Street___

Birth date (Yr only): 1998___  SSN (last 4#): ___  Sex: M___  Race _____  Nationality: _____

**Defense Counsel if known:** _____  Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: John O. Wray___  Bar Number if applicable: _____

**Interpreter:** ☐ Yes  ☑ No  List language and/or dialect: _____

**Victims:** ☐ Yes  ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested  ☐ Regular Process  ☑ In Custody

**Location Status:** _____

**Arrest Date:** 5/13/2026___

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony 1___

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 5/13/2026  Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    WELINTHONG PEGUERO ARIAS

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. 841(b)(1)(B)(vi) | Distribution and possession with intent to distribute 40 grams or more of fentanyl | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

26-mj-6176-6177-MPK; 26-mj-6505-6506-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013